DONETTE KINGSTON, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted February 29, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.